**Order entered October 18, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-00600-CV

**BMW OF NORTH AMERICA, LLC, Appellant**

**V.**

**CANDACE GUNN, ADMINSTRATRIX OF THE ESTATE OF GARY DON GUNN, SR.,**
**Appellee**

On Appeal from the Probate Court No. 2
Dallas County, Texas
Trial Court Cause No. PR-16-03004-2

## ORDER

Before the Court is appellee's October 13, 2017 motion to extend time to file appellee's brief. We **GRANT** the motion and extend the time to November 15, 2017. Further requests for extension in this accelerated appeal will be disfavored.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE